SEALED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 12 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:19CR14 |
| J'TAVIOUS D'ANTHONY WILLIAMS | : Violations: 21 U.S.C. § 841 |
| | : 18 U.S.C. § 924 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about February 1, 2018, in the Western District of Virginia and elsewhere, J'TAVIOUS D'ANTHONY WILLIAMS knowingly and intentionally possessed with the intent to distribute and attempted to distribute marihuana, a Schedule I controlled substance, for remuneration.

2. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and 846.

### COUNT TWO

The Grand Jury charges that:

1. On or about February 1, 2018, in the Western District of Virginia and elsewhere, J'TAVIOUS D'ANTHONY WILLIAMS knowingly and intentionally used and carried during and in relation to, and possessed in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (possess with the intent to distribute and attempt

1

to distribute of marihuana, a Schedule I controlled substance, for remuneration, as set forth in Count One), a firearm (Taurus, model PT111 G2 Millennium, 9 mm pistol, s/n TKN91612).

2. The firearm was discharged.

3. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT THREE

The Grand Jury charges that:

1. On or about February 20 and 21, 2018, in the Western District of Virginia and elsewhere, J'TAVIOUS D'ANTHONY WILLIAMS knowingly and intentionally possessed with the intent to distribute and distributed marihuana, a Schedule I controlled substance, for remuneration.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT FOUR

The Grand Jury charges that:

1. On or about February 20 and 21, 2018, in the Western District of Virginia and elsewhere, J'TAVIOUS D'ANTHONY WILLIAMS knowingly and intentionally used and carried during and in relation to, and possessed in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States (possess with intent to distribute and distribute marihuana, a Schedule I controlled substance, for remuneration as set forth in Count Three), a firearm (Taurus, model 44 TEN, .45/410 caliber revolver, s/n IM979678).

USAO# 2019R00006

2. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1);

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2);

   c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c);

   d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. Taurus, model PT111 G2 Millennium, 9 mm pistol, s/n TKN91612;
   b. Taurus, model 44 TEN, .45/410 caliber revolver, s/n IM979678; and
   c. Miscellaneous ammunition.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States to seek forfeiture of any other property of the defendant up to

3

the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this __12th__ day of March, 2019.

/s/ Grand Jury Foreperson

*Thomas J. Cullen (by JPB)*
THOMAS T. CULLEN
United States Attorney

4